IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REO COVINGTON,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-420-wmc

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Reo Covington for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust state remedies.

| /s/ | 8/28/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |